UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEBRA RENEE WENNDT  )
BALDWIN as Legal Guardian and  )
Conservator of NICHOLAS CARL  )
BALDWIN,  )
  )
    Plaintiff,  )
  )
v.  )    CV616-166
  )
HOMER BRYSON, Commissioner  )
of the Georgia Department of  )
Corrections, et al.,  )
  )
    Defendants.  )

## ORDER

As plaintiff Debra Baldwin has since dismissed her case pursuant to Fed. R. Civ. P. 41(a)(1), doc. 10, defendants' unopposed motion to stay proceedings until final resolution and disposition of the case is **GRANTED**.[1] Doc. 7.

**SO ORDERED**, this 3rd day of January, 2017.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In this district the Clerk does not close out the case until the presiding district judge enters an Order acknowledging the dismissal.