IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| DEBRA RENEE WENNDT BALDWIN, Legal Guardian and Conservator of NICHOLAS CARL BALDWIN, an Incapacitated Adult, | * * * * * | |
| Plaintiff, | * * | CV 616-166 |
| v. | * | |
| HOMER BRYSON, Commissioner of the Georgia Department of Corrections, JAMES F. DEGROOT, PH.D., Statewide Mental Health and Mental Retardation Program Supervisor for the Georgia Department of Corrections, MARTY ALLEN, Warden, Georgia State Prison, MILTON SMITH, Deputy Warden of Care and Treatment at Georgia State Prison, and JUANTIA RENO, Director of Mental Health at Georgia State Prison, | * * * * * * * * * * * * * * | |
| Defendants. | * * | |

## ORDER

Presently before the Court is Plaintiff's Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii). (Doc. 13.) Accordingly, this matter shall be **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of January, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA